## GULF, COLORADO & SANTA FÉ RY. CO. v. R. C. HUGHES.

### No. 2765.

Court of Civil Appeals of Texas. Beaumont.
May 31, 1935.

Rehearing Denied June 12, 1935.

Terry, Cavin & Mills, of Galveston, and Sanders & McLeroy, of Center, for appellant.

E. B. Lewis, of Center, for appellee.

WALKER, Chief Justice.

This appeal is from the county court of Shelby county, where the case was tried de novo to a jury on an appeal from the judgment of the justice court. We have examined the record and, in our opinion, the verdict of the jury which sustains the judgment of the lower court has support both in the pleadings and in the evidence. A review of appellant's assignments and propositions shows no error.

The judgment is affirmed.

## Mrs. A. L. HILLOCK et vir., Appellants, v. Mrs. Franciska WYRWICH et al., Appellees.

### No. 9579.

Court of Civil Appeals of Texas. San Antonio.
May 22, 1935.

Rehearing Denied June 19, 1935.

D. A. McAskill, of San Antonio, for appellants.

Dielmann & Forster and John Pfeiffer, all of San Antonio, for appellees.

PER CURIAM.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling (Tex. Civ. App.) 75 S.W.(2d) 294.

## Frank B. MAY et ux. v. R. H. VINEYARD et al.

### No. 2801.

Court of Civil Appeals of Texas. Beaumont.
June 13, 1935.

Isaac Garrett, of Wharton, and Carl Illig, Jr., of Houston, for appellants.

Edwin Hawes, Jr., of Wharton, for appellees.

WALKER, Chief Justice.

This case was originally filed in the Galveston Court of Civil Appeals, then transferred to this court by orders of the Supreme Court. The appeal is from a judgment of the district court of Wharton county refusing a temporary injunction prayed for under the provisions of the Moratorium Act (Acts 1934, 2d Called Sess., c. 16 [Vernon's Ann. Civ. St. art. 2218b note]) recently held unconstitutional by the Supreme Court. Travelers' Ins. Co. v. Marshall, 76 S.W.(2d) 1007, 96 A. L. R. 802.

It follows that the judgment of the lower court should be in all things affirmed, and it is accordingly so ordered.